RECEIVED
IN LAKE CHARLES, LA.

JUN 21 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DANIEL E. STEVENS | : | DOCKET NO. 2:07 CV1028 |
| VS. | : | JUDGE MINALDI |
| COMMISIONER, UNITED STATES SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's cause of action be DISMISSED without prejudice for lack of prosecution.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 21 day of June 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE